IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-03005-BO

| | | |
|---|---|---|
| OMAR L. REED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ISAAC ROGERS, et al., | ) ) | |
| Defendants. | ) | |

Plaintiff Omar L. Reed, a state inmate, filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. On January 9, 2026, United States Magistrate Judge Robert B. Jones, Jr. entered a notice of deficiency informing plaintiff that his action did not comply with Local Rules of Practice and Procedure because he did not pay the filing fee or file an application to proceed without payment of the fees and affidavit. Plaintiff was directed that he must correct the noted deficiency within 21 days. Plaintiff was cautioned that failure to correct the noted deficiency may result in the dismissal of his action without prejudice for failure to prosecute. Plaintiff failed to comply with the magistrate judge's order. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. All pending motions are DENIED as MOOT. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 5 day of February, 2026.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge